IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KELVIN GREEN,

    Plaintiff,

vs.                                              CASE NO. 1:05CV23-MMP/AK

705995, et al,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

In an order dated February 1, 2005, Plaintiff was directed to file a completed complaint on the proper forms and provide his inmate account information on or before February 28, 2005. (Doc. 4). When no complaint had been filed or other account information provided, an order to show cause was entered on March 9, 2005, requesting that Plaintiff respond on or before March 28, 2005. (Doc. 5). As of this date there has been no filing fee and no response to the show cause order.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for

failure to obey a court order.  Plaintiff has failed to comply with an order of this Court.  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this  **15th** day of April, 2005.

                              s/ A. KORNBLUM
                              ALLAN KORNBLUM
                              **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

No. 1:05cv23-MMP/AK